## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| APRIL KISER, | CASE NUMBER: 2:22-cv-12185 |
| Plaintiff, | JUDGE F. KAY BEHM |
| vs. | |
| J AND R TRANSPORTATION, INC., | |
| Defendant. | |

## ENTRY OF APPEARANCE AS CO-COUNSEL FOR DEFENDANT

Now comes Christopher F. Parker, Goranson, Parker & Bella, and hereby enters his appearance as co-counsel of record for Defendant J and R Transportation, Inc. Counsel will be serving along with Philip D. Goldsmith as co-counsel for Defendant. Counsel requests that all filings and communications in this matter be directed to him per the contact information below and via this Court's ECF system.

Respectfully submitted:

Date: May 28, 2023

*/s/ Christopher F. Parker*
Christopher F. Parker (0009338)
GORANSON, PARKER & BELLA
Co-Counsel for Defendant
405 Madison Ave., Suite 2200
Toledo, Ohio  43604
Phone: (419) 244-9500
Facsimile: (419) 244-9510
Email: cparker@gpblaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of May, 2023, the foregoing was served via this Court's ECF system, upon the following:

| | |
|---|---|
| Josh Sanford, Esq.<br>Sanford Law Firm<br>Kirkpatrick Plaza<br>10800 Financial Centre Parkway, Suite 510<br>Little Rock, Arkansas 72211<br>Counsel for Plaintiff | Philip D. Goldsmith (P37650)<br>Lennard Graham & Goldsmith, PLC<br>222 Washington Street<br>Monroe, MI 48161<br>Co-counsel for Defendant |

*/s/ Christopher F. Parker*
Christopher F. Parker