UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

April Kiser

           Plaintiff(s),                        Case No. 22-12185

v.                                          Judge F. Kay Behm

J and R Transportation, Inc.              Magistrate Judge Anthony P. Patti

           Defendant(s).

_____/

## CERTIFICATION OF COMPLETION OF DISCOVERY MATTERS

This matter was referred by an Order of Reference dated __3/16/2023__, for the purpose of conducting all discovery matters. Discovery is closed except for the following:

Accordingly, pursuant to the direction of the Honorable __F. Kay Behm__, United States District Judge, the Order of Reference is now FULLY COMPLETED, and this matter is RETURNED to the District Judge for further proceedings.

                                                              s/Anthony P. Patti
                                                              Anthony P. Patti
                                                              United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

Date: __October 2, 2023__                            s/L. Hosking
                                                             Case Manager/Deputy Clerk