UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

April Kiser,

                Plaintiff(s),

v.                                          Case No. 4:22−cv−12185−FKB−APP
                                                   Hon. F. Kay Behm

Job1America, Inc., et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 672, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  March 14, 2024 at 01:30 PM

**ADDITIONAL INFORMATION:**    Settlement statements are due by 3/7/24. Please refer to Judge Patti's Practice Guidelines for Settlement Conferences athttps://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Leanne Hosking
                                                           Case Manager

Dated:   November 9, 2023