IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| APRIL KISER, | CASE NO. 2:22-cv-12185 |
| Plaintiff, | JUDGE F. KAY BEHM |
| v. | ORDER GRANTING J AND R TRANSPORTATION AN EXTENSION |
| J AND R TRANSPORTATION, INC., | TO RESPOND TO MOTION IN LIMINE |
| Defendant. | |

\* \* \* \* \*

This matter comes before the Court upon consideration of the Defendant's Motion for an Extension of Time to respond to Plaintiff's Motion in Limine.. Upon due consideration by the Court, and for good cause shown, Defendant's Motion for Extension of Time is found well-taken and same is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant be and hereby are granted an extension of time to February 5, 2024 to respond to Plaintiff's Motion in Limine.

IT IS SO ORDERED.

DATE:_____ _____
JUDGE F. KAY BEHM

Cc: Josh Sanford, Esq., Counsel for Plaintiff
Philip D. Goldsmith, Esq., Co-Counsel for Defendant
Christopher F. Parker, Esq., Co-Counsel for Defendant