IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**APRIL KISER**                                                                       **PLAINTIFF**

vs.                    No. 4:22-cv-12185-FKB-APP

**J AND R TRANSPORTATION, INC.**                                  **DEFENDANT**

### NOTICE OF APPEARANCE – SEAN SHORT

      Attorney Sean Short of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Michigan and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

                                                Respectfully submitted,

                                                **ATTORNEY SEAN SHORT**

                                                SANFORD LAW FIRM, PLLC
                                                Kirkpatrick Plaza
                                                10800 Financial Centre Pkwy, Suite 510
                                                Little Rock, Arkansas 72211
                                                Telephone: (800) 615-4946
                                                Facsimile: (888) 787-2040

                                                */s/ Sean Short*
                                                Sean Short
                                                Ark. Bar No. 2015079
                                                sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing pleading was filed via the CM/ECF system, which will provide notice to the following attorneys of records:

Philip D. Goldsmith, Esq.
LENNARD GRAHAM & GOLDSMITH, PLC
222 Washington Street
Monroe, Michigan 48161
Telephone: (734) 242-9500
pgoldsmith@lggplc.com

                                                     */s/ Sean Short*
                                                     **Sean Short**