IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**APRIL KISER**                                                                 **PLAINTIFF**

vs.                               No. 4:22-cv-12185-FKB-APP

**J AND R TRANSPORTATION, INC.**                                      **DEFENDANT**

### JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days of the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement and that the Settlement Conference scheduled for March 14, 2024, at 1:30 PM be vacated.

Respectfully submitted,

**PLAINTIFF APRIL KISER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **DEFENDANT J AND R TRANSPORTATION, INC.**

LENNARD GRAHAM & GOLDSMITH, PLC
222 Washington Street
Monroe, Michigan 48161
Telephone: (734) 242-9500

*/s/ Philip D. Goldsmith*
Philip D. Goldsmith (P37650)
pgoldsmith@lggplc.com