IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**APRIL KISER**                                                                              **PLAINTIFF**

vs.                                          No. 4:22-cv-12185-FKB-APP

**J AND R TRANSPORTATION, INC.**                                              **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff April Kiser and Defendant J and R Transportation Inc., by and through their respective undersigned counsel, submit the following Joint Status Report:

1. On March 13, 2024, the Parties filed a Joint Notice of Settlement informing the Court that the Parties had reached a settlement in principle that would resolve all claims alleged in this case. (ECF No. 28)

2. Further, the Parties stated that they anticipated filing dismissal documents or a status report with the Court within 30 days of the filing of the Notice of Settlement.

3. The Parties have drafted a settlement agreement and have sent competing proposals with regard to their settlement documents.

4. Based on precedent, the Parties believe that court approval of the settlement will be necessary, and they have drafted a Motion for Approval of Settlement.

5. Accordingly, the Parties require more time in order to edit their settlement of all Parties and to edit the Motion for Approval of Settlement to the satisfaction of both Parties.

6. The Parties anticipate filing their dismissal documents or another joint status report by May 3, 2024.

        Respectfully submitted,

        **PLAINTIFF APRIL KISER**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Sean Short*
        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **DEFENDANT J AND R TRANSPORTATION, INC.**

        GORANSON, PARKER
        & BELLA CO., L.P.A.
        405 Madison Ave., Suite 2200
        Toledo, Ohio 43604
        (419) 244-9500 - telephone
        (419) 244-9510 – facsimile

        */s/ Christopher F. Parker*
        Christopher F. Parker (0009338)
        cparker@gpblaw.com

        LENNARD GRAHAM &
        GOLDSMITH, PLC
        222 Washington Street
        Monroe, Michigan 48161
        Telephone: (734) 242-9500

        Philip D. Goldsmith (P37650)
        pgoldsmith@lggplc.com