IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| APRIL KISER, | CASE NO. 2:22-cv-12185 |
|     Plaintiff, | JUDGE F. KAY BEHM |
| v. | |
| | <u>DISMISSAL ENTRY</u> |
| J AND R TRANSPORTATION, INC., | |
|     Defendant. | |

_____/

Now come the parties herein, by and through their respective counsel, and represent to the Court that all matters in controversy have been settled and further represent that this matter should be dismissed with prejudice.  Each side to bear their own costs.

IT IS THEREFORE ORDERED, ADJUDGED that this matter be and hereby is dismissed with prejudice.   Each side to bear their own costs.


Date:  May 7, 2024

s/F. Kay Behm
F. Kay Behm
United States District Judge

APPROVED:

/s/ Josh Sanford (per e-mail consent)
Josh Sanford, Esq.
Sanford Law Firm
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(800) 615-4946
josh@sanfordlawfirm.com

COUNSEL FOR PLAINTIFF


/s/ Philip D. Goldsmith
Philip D. Goldsmith (P37650)
Lennard, Graham & Goldsmith
222 Washington Street
Monroe, MI 48161
(734) 242-9500
pgoldsmith@lggplc.com


/s/ Christopher F. Parker (admitted *pro hac vice)*
Christopher F. Parker (0009338)
Goranson, Parker & Bella
405 Madison Ave., Suite 2200
Toledo, Ohio 43604
(419) 244-9500
cparker@gpblaw.com

CO-COUNSEL FOR DEFENDANT